**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KENDRA MILLER,<br><br>　　*Plaintiff,*<br><br>-*v.*-<br><br>(1) THE CITY OF TULSA, and<br>(2) CHUCK JORDAN,<br>INDIVIDUALLY and in his official capacity<br>as Chief of Police,<br><br>　　*Defendants.* | CASE NO.  14-CV-384-GKF-PJC |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), Kendra Miller and Defendants City of Tulsa and Chuck Jordan, being all parties that entered an appearance in the above-referenced action, hereby jointly and mutually stipulate to the dismissal of the action with prejudice. The parties have agreed to pay their own attorney fees and costs.

　　In consideration hereof, the parties jointly request that the Court enter an order of dismissal, with prejudice, of this action, and for such other appropriate relief to which they may be deemed entitled.

Respectfully submitted,

/s/ Kirsten L. Palfreyman　　　　　　　　　　　　/s/ Gerald M. Bender
Stanley D. Monroe, OBA #6305　　　　　　　　　Gerald M. Bender, OBA #14471
Ann E. Keele, OBA #21210　　　　　　　　　　　Litigation Division Manager
Kirsten L. Palfreyman, OBA #30668　　　　　　　T. Michelle McGrew, OBA # 20279
Monroe & Keele, PC　　　　　　　　　　　　　　Assistant City Attorney
15 W. 6th Street, Suite 2112　　　　　　　　　　175 E. Second Street, Suite 685
Tulsa, OK 74119　　　　　　　　　　　　　　　　Tulsa, Oklahoma 74103
(918) 592-1144 Telephone　　　　　　　　　　　Telephone (918) 596-7739
(918) 592-1149 Facsimile　　　　　　　　　　　 Facsimile (918) 596-9700
ATTORNEYS FOR PLAINTIFF　　　　　　　　　ATTORNEYS FOR DEFENDANTS